**Order entered March 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01004-CR
No. 05-12-01005-CR

**QUENTARRIUS DEONTRAY BALDWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-54128-W, F11-54133-W**

## ORDER

The Court **REINSTATES** the appeals.

On December 20, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the trial court's March 26, 2013 findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Riann Moore; (3) Ms. Moore's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Moore requested thirty additional days from the March 26, 2013 hearing to file appellant's brief.

We **ORDER** Riann Moore to file appellant's brief by **APRIL 25, 2013**. Because appellant's brief is already more than five months overdue, no further extensions will be granted.

If appellant's brief is not filed by the date specified, we will order Riann Moore and the Dallas County Public Defender's Office removed as counsel and will order the trial court to appoint new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Riann Moore; and Michael Casillas.


/s/  DAVID EVANS
     JUSTICE